UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before                    DATE: June 11, 2026
**DONALD C. NUGENT**
United States District Judge                      CASE NO.  1:14 CR 196

                                                  COURT REPORTER: Sue Trischan

                                                  CHANGE OF PLEA

UNITED STATES OF AMERICA

         -VS-

SBEIH SBEIH

APPEARANCES:    Plaintiff: Michael Collyer

                   Defendant: Richard Blake, Alex Bruce

PROCEEDINGS:  The defendant changed his plea to guilty to Count 30 of the Indictment.

Written plea agreement executed. Plea agreement read in open Court. The defendant is referred to

the United States Pretrial and Probation Department for the preparation of a Presentence Report.

Sentencing in this matter is scheduled for September 17, 2026 at 10:30 am.  Defendant remanded

to the custody of the United States Marshal.

                                     /s/Steven L. Marshall
                                     Courtroom Deputy

Length of Proceedings: <u>30 minutes</u>